# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Pg 1 of 4

Incident Report: Y [x] N
Investigation Completed: Y [x] N
Investigation Made at Scene: Y [x] N
Photographs: Y [x] N
Revised: Y [x] N
Fatality: Y [x] N
Hit and Run: Y [x] N

**(1) Reporting Agency:** OKLAHOMA HIGHWAY PATROL
**Case Number (Agency Use):** AM01484-17
**Motor Vehicles Involved:** 02
**Number Injured:** 02
**Number Killed:** 00

**(2) Date of Collision:** 05/12/2017
**Time:** 1552
**County Number and Name:** 55 OKLAHOMA
**Nearest City or Town:** In [x] 70 OKLAHOMA CITY

**(3) Distance from Nearest City or Town Limits:** E/W 00, Control # 00, Int ID 00, Location 00, East Grid 009, North Grid 5 010, Administrative 6 PARIS

**(4) Street, Road or Highway:** I-40 EASTBOUND
**Distance from:** At 0001 Mi [x] E [x] of
**(Nearest) Intersecting Street:** I-44 SOUTHBOUND

**(5) Unit:** 01  **Occupants:** 02  **Type:** D  **Hit & Run:** 
**Last Name:** BEESON  **First:** QUINDA  **Middle:** DENICE  **Sex:** F

**(6) Address:** [redacted]  **City:** WEST DES MOINES  **State:** IA  **Zip:** 50266  **Telephone:** (405) [redacted]

**(7) Driver License Number:** [redacted]  **State:** IA  **Class:** C  **Inj. Sev.:** 2  **Type of Injury:** 2  **Drv./Ped. Cond.:** 01  **OP Use:** 04

**(8) Air Bag:** 1  **Ejected:** 1  **Extricated:** 1  **Test:** 5  **(% BAC):** 0  **Transported by:** EMSA  **To Medical Facility:** BAPTIST  **License Plate:** ENE314  **State:** IA  **Month:** 12  **Year:** 2016

**(9) VIN:** 5UXZV8C54BL420651  **Vehicle Year:** 2011  **Color:** GRY  **2nd Color:** 0  **Make:** BMW  **Model:** X5  **Veh. Conf.:** 20  **Extent of Damage:** 3

**(10) Insurance Company Name:** FARMERS  **Insurance Verification:** 2  **Policy Number:** 191397274  **Insurance Telephone:** 4056929089

**(11) Vehicle Removed by:** BAD DAY TOWING  **Same as Driver:** [x]

**(12) Owner's Address:** 
**Oversized Load:** 0  **Towed Veh. Type:** 00  **Phone present:** [x]

**(13) Citation Number:**

**(14) Unit:** 02  **Occupants:** 01  **Type:** D  **Last Name:** SALGADO  **First:** MARCOS  **Sex:** M

**(15) Address:** [redacted]  **City:** EL PASO  **State:** TX  **Zip:** 79915  **Telephone:** (915) [redacted]

**(16) Driver License Number:** [redacted]  **State:** TX  **Class:** C  **Inj. Sev.:** 1  **Type of Injury:** 0  **Drv./Ped. Cond.:** 01  **OP Use:** 04

**(17) Air Bag:** 1  **Ejected:** 1  **Extricated:** 1  **Test:** 5  **(% BAC):** 0  **License Plate:** HGW1456  **State:** TX  **Month:** 04  **Year:** 2017

**(18) VIN:** 2G2WP552871123142  **Vehicle Year:** 2007  **Color:** RED  **2nd Color:** 0  **Make:** PONT  **Model:** GRAN  **Veh. Conf.:** 02  **Extent of Damage:** 3

**(19) Insurance Company Name:** ALLSTATE  **Insurance Verification:** 2  **Policy Number:** 836 010 222  **Insurance Telephone:** 9155817200

**(20) Vehicle Removed by Driver:** [x]  **Same as Driver:** [x]

**(21) Owner's Address:** 
**Oversized Load:** 0  **Towed Veh. Type:** 00  **Phone present:** [x]

**(22) Citation Number:** M631814  **Statute/Ordinance Number:** 47-11-901B

**(23) Investigating Officer:** Taylor Sandefur  **Badge Number:** 369  **Trp/Div. Assigned:** A  **Trp/Div. Location:** A  **Reviewer (Init.):** MA  **Reviewer Badge Number:** 171  **Date of Report:** 05/12/2017

### Legend

**Unit Type:** D Driver, P Pedestrian, X Pedestrian Conveyance, B Bicyclist, Z Other Cyclist, C Parked Car, A Animal, T Train

**Injury Severity:** 0 N/A, 1 No Injury, 2 Possible, 3 Non-Incapacitating, 4 Incapacitating, 5 Fatal, 9 Unknown

**Type of Injury:** 0 N/A, 1 Head, 2 Trunk-External, 3 Trunk-Internal, 4 Arms, 5 Legs, 9 Unknown

**Driver/Pedestrian Condition:** 00 Not Applicable, 01 Apparently Normal, 02 Drinking-Ability Impaired, 03 Odor of Alcohol/Beverage, 04 Illegal Drugs, 05 Under the Influence of, 06 Very Tired, 07 Sleepy, 08 Ill (Sick), 09 Dizzy/Faint, 10 Emotional, 11 Other, 99 Unknown, Medications

**Insurance Verification:** 0 N/A, 1 None, 2 Minor, 3 Functional, 4 Disabling, 9 Unknown

**Extent of Damage:** 0 N/A, 1 No, 2 Yes, 3 Operator, 4 Exempt

**Oversized Load:** 0 N/A, N Not Permitted, P Permitted

**Occupant Protection (OP) In Use:** 00 Not Applicable, 01 None Used, 02 Lap Belt Only, 03 Shoulder Belt Only, 04 Shoulder and Lap Belt, 05 Child Restraint Type Unknown, 06 Restraint Used - Type Unknown, 07 Helmet, 08 Child Restraint - Forward Facing, 09 Child Restraint - Rear Facing, 10 Booster Seat, 11 Other, 99 Unknown

**Air Bag Deployed:** 0 Not Applicable, 1 Not Deployed, 2 Deployed-Front, 3 Deployed-Side, 4 Deployed-Other (knee, airbelt, etc.), 5 Deployed-Combination, 9 Deployment Unknown

**Ejected:** 0 Not Applicable, 1 Not Ejected, 2 Ejected, 3 Ejected Totally, 9 Unknown, Partially

**Chemical Test:** 0 N/A, 1 Blood, 2 Breath, 3 Blood/Breath, 4 Test Refused, 5 None Given, 6 Other

**Towed Vehicle Type:** 00 N/A, 01 Boat Trailer, 02 House Trailer, 03 Farm Trailer, 04 Horse Trailer, 05 Another Vehicle, 06 Utility Trailer, 07 Homemade, 08 Box Trailer, 09 Stock Trailer, 10 Camping Trailer, 11 Combination, 12 Other, 99 Unknown

**WARNING - STATE LAW** Use of contents for commercial solicitation is unlawful

DPS: 0192-01 REV 0107

Case Number: AM01484-17  Pg 2 of 4

**(24) Unit** 01 — Injured [x], Passenger [x], Witness [ ], Prop. Owner [ ]
Pos in Veh: 13
Last Name: BRILEY
First: WILMA
Middle: FAY
Suffix:
DOB(mm/dd/yyyy): [redacted]
Sex: F

**(25) Address** — Same as Driver [redacted]
City: BLANCHARD
State: OK
Zip: 73010
Telephone (Use Area Code): 9

**(26) Injury Severity / Type:** 2 | 2
OP Use: 04
Air Bag: 1
Ejected: 1
Extricated: 1
Transported by: EMSA
To Medical Facility: BAPTIST
Property Type:

**(27) Unit** 00 — Injured [ ], Passenger [ ], Witness [x], Prop. Owner [ ]
Pos in Veh: 00
Last Name: BENNETT
First: BRADLEY
Middle: WAYNE
Suffix:
DOB(mm/dd/yyyy): [redacted]
Sex: M

**(28) Address** — Same as Driver [redacted]
City: NORMAN
State: OK
Zip: 73071
Telephone (Use Area Code):

**(29) Injury Severity / Type:**
OP Use:
Air Bag:
Ejected:
Extricated:
Transported by:
To Medical Facility:
Property Type:

**(30) Unit** — Injured [ ], Passenger [ ], Witness [ ], Prop. Owner [ ]
Pos in Veh:
Last Name:
First:
Middle:
Suffix:
DOB(mm/dd/yyyy):
Sex:

**(31) Address** — Same as Driver
City:
State:
Zip:
Telephone (Use Area Code):

**(32) Injury Severity / Type:**
OP Use:
Air Bag:
Ejected:
Extricated:
Transported by:
To Medical Facility:
Property Type:

**(33) Unit** — Injured [ ], Passenger [ ], Witness [ ], Prop. Owner [ ]
Pos in Veh:
Last Name:
First:
Middle:
Suffix:
DOB(mm/dd/yyyy):
Sex:

**(34) Address** — Same as Driver
City:
State:
Zip:
Telephone (Use Area Code):

**(35) Injury Severity / Type:**
OP Use:
Air Bag:
Ejected:
Extricated:
Transported by:
To Medical Facility:
Property Type:

Complete information below if this vehicle is being used for COMMERCE/BUSINESS and has a GVWR/GCWR IN EXCESS OF 10,000 LBS., or has a HAZMAT PLACARD, or is a BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.

**(36) Unit** — Carrier Name:
Address:

**(37) City:**
State:
Zip:
GVWR / GCWR: 0-10K lbs / 10,001-26K lbs / 26K+ lbs
Axle Qty:
Cargo Body:
Vehicle Use: Interstate Commerce / Intrastate Commerce / Other Non-Commercial / Government

**(38) U.S. DOT Number:**
NASI Report Number: OK
Placard Number:
Haz. Mat. Class:
Haz. Mat. Involved: Yes / No
Haz. Mat. Release: Yes / No

**(39) Unit** — Carrier Name:
Address:

**(40) City:**
State:
Zip:
GVWR / GCWR: 0-10K lbs / 10,001-26K lbs / 26K+ lbs
Axle Qty:
Cargo Body:
Vehicle Use: Interstate Commerce / Intrastate Commerce / Other Non-Commercial / Government

**(41) U.S. DOT Number:**
NASI Report Number: OK
Placard Number:
Haz. Mat. Class:
Haz. Mat. Involved: Yes / No
Haz. Mat. Release: Yes / No

---

**Position in Vehicle**

00. Not Applicable
18. Front Row - Other
28. Second Row - Other
38. Third Row - Other
48. Fourth Row - Other
50. Sleeper Section of Truck Cab

See manual for additional seating examples

**Vehicle Configuration**

00. N/A
01. Passenger Veh. -2 Dr
02. Passenger Veh. -4 Dr
03. Passenger Veh. Conv.
04. Pickup
05. Single Unit Truck, 2 axles
06. Single Unit Truck, 3+ axles
07. School Bus
08. Truck/Trailer
09. Truck-Tractor (Bobtail)
10. Truck-Tractor/Semi-Trailer
11. Truck-Tractor/Double
12. Truck-Tractor/Triple
13. Bus/Large Van 9-15 occupants including driver
14. Bus 16+ occupants including driver
15. Motorcycle
16. Motor Scooter/Moped
17. Motor Home
18. Farm Machinery
19. ATV
20. SUV
21. Passenger Van
22. Truck more than 10,000 lbs., Cannot Classify
23. Van 10,000 lbs. or Less
24. Other
99. Unknown

**Cargo Body Type**

00. N/A
01. Bus 9-15 seats
02. Bus 16+ seats
03. Van / Enclosed Box / Stock Trailer
04. Cargo Tank
05. Flatbed
06. Intermodal
07. Dump Truck/Trailer
08. Concrete Mixer
09. Auto Transporter
10. Garbage/Refuse
11. Hopper (grain/chips/gravel)
12. Pole Trailer
13. Log Trailer
14. Vehicle Towing Vehicle
15. Other
99. Unknown

DPS: 0192-02 REV 0107

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Case Number: AM01484-17    Pg 3 of 4

| Field | Unit | Total Lanes in Roadway | Legal Speed | Actions Prior to Collision | Location at Time of Collision | Safety Equip. | Unit Number of Vehicle Striking |
|---|---|---|---|---|---|---|---|
| This unit will correspond to 'Unit 1' | 01 | 01 | 60 | | | | |
| This unit will correspond to 'Unit 2' | 02 | 01 | 60 | | | | |

**Pedestrian / Pedalcyclist Only**

**Was the collision in or near a construction, maintenance or utility work zone? (If yes, complete this section)**  Yes ☐  No ☒

**Type of Work Zone**
1. Lane Closure
2. Lane Shift/Crossover
3. Work on Shoulder or Median
4. Intermittent or Moving Work
9. Unknown

**Location of the Work Zone Collision**
1. Before the First Work Zone Warning Sign
2. Advance Warning Area
3. Transition Area
4. Activity Area
5. Termination Area
9. Unknown

Workers Present: Yes ☐  No ☐  Unknown ☐

## Light: 1
1. Daylight
2. Dark-Not Lighted
3. Dark-Lighted
4. Dawn
5. Dusk
6. Dark-Unknown Lighting
7. Other
9. Unknown

## What Vehicle Was Going to Do
Unit 1: 01  Unit 2: 01

00. Not Applicable
01. Go Ahead
02. Turn Left
03. Turn Right
04. Make "U" Turn
05. Stop
06. Slow for Cause
07. Start from Park/Stop
08. Change Lanes
09. Overtake
10. Pass
11. Back
12. Remain Stopped
13. Remain Parked
14. Enter/Merge in Traffic
15. Negotiate a Curve
16. Park
17. Other
99. Unknown

## Underride/Override
Unit 1: ___  Unit 2: ___

0. Not Applicable
1. No Underride or Override
2. Underride, Compartment Intrusion
3. Underride, No Compartment Intrusion
4. Underride, Compartment Intrusion Unknown
5. Override, Motor Vehicle in Transport
6. Override, Other Motor Vehicle
9. Unknown

## Traffic Control
Unit 1: 00  Unit 2: 00

00. No Control
01. Stop Sign
02. Traffic Signal
03. Flashing Traffic Signal
04. School Zone Signs
05. Yield Sign
06. Warning Sign
07. Railroad Advance Warning Sign
08. Railroad Cross Bucks
09. Railroad Gates
10. Railroad Signal
11. No Passing Zone
12. Person (including flagger, law enforcement, crossing guard, etc.)
13. Abnormal Control
14. Other
99. Unknown

## Weather: 01
01. Clear
02. Fog/Smog/Smoke
03. Cloudy
04. Rain
05. Snow
06. Sleet/Hail (Freezing Rain/Drizzle)
07. Severe Crosswind
08. Blowing Snow
09. Blowing Sand, Soil, Dirt
10. Other
99. Unknown

## What Vehicle Did
Unit 1: 05  Unit 2: 01

00. Not Applicable
01. Went Ahead
02. Turned Left
03. Turned Right
04. Entered "U" Turn
05. Stopped
06. Slowed
07. Started From Park/Stop
08. Entered Other Lane
09. Overtaking
10. Passing
11. Backed
12. Remained Stopped
13. Remained Parked
14. Entered/Merged
15. Departed Rdwy-Right
16. Departed Rdwy-Left
17. Swerved Right
18. Swerved Left
19. Parked
20. Other
99. Unknown

## Locality: 2
1. Residential
2. Business
3. Industrial
4. School
5. Not Built-up
6. Mixed Use
7. Other
9. Unknown

## Type of Intersection: 0
0. Not an Intersection
1. Y-Intersection
2. T-Intersection
3. Four-Way Intersection
4. Five-Point or More
5. Intersection as Part of Interchange
6. Traffic Circle
7. Roundabout
8. Unknown

## Visibility Obscured by
Unit 1: 00  Unit 2: 00

00. Not Applicable
01. Trees
02. Embankment
03. Building
04. Signs
05. Parked Vehicles
06. High Weeds
07. Fences
08. Shrubbery
09. Ice, Snow or Frost on Windows
10. Smoke
11. Fog
12. Dust
13. Rain
14. Sun
15. Other
99. Unknown

## Incident Type: 00
00. Not an Incident
51. Private Property
52. Deliberate Intent
53. Medical Condition
54. Legal Intervention
55. Suicide
57. Drowning
58. Other

## Location of First Harmful Event: 01
01. On Roadway
02. Shoulder
03. Median
04. Roadside
05. Gore
06. Separator
07. Parking Lane/Zone
08. Off Roadway, Location Unknown
09. Outside Right-of-Way
10. Other
99. Unknown

## Trafficway
Unit 1: 1  Unit 2: 1

0. Not Applicable
1. One Way
2. Two-Way - Not Divided
3. Two-Way - Divided
4. Two-Way - Divided - Positive Median Barrier
5. Turn Lane
6. Ramp / Loop
7. Driveway
8. Alley / Parking Lot
9. Unknown

## Vehicle Removal
Unit 1: 2  Unit 2: 4

0. Not Applicable
1. Towed Due to Vehicle Damage
2. Towed For Reasons Other Than Damage
3. Remained at Scene
4. Driven from Scene
9. Unknown

## Vehicle Condition
Unit 1: 01  Unit 2: 01

00. Not Applicable
01. Apparently Normal
02. Brakes
03. Headlights
04. Steering
05. Tail Lights
06. Brake Lights
07. Tires/Wheels
08. Suspension
09. Signal lights
10. Windows
11. Truck Coupling/Trailer Hitch/Safety Chains
12. Mirrors  15. Other
13. Wipers  99. Unknown
14. Power Train

## Special Function of Vehicle
Unit 1: 00  Unit 2: 00

00. Not Applicable
01. School Bus
02. Transit Bus
03. Intercity Bus
04. Charter Bus
05. Other Bus
06. Military
07. OHP
08. Other Police
09. Other Law Enforcement
10. Ambulance
11. Fire Truck
12. Public Owned Vehicle
13. Highway Equipment
14. Special Mobilized Machine
15. Other  99. Unknown

## Emergency Vehicle Responding to an Emergency
Unit 1: 0  Unit 2: 0

0. N/A  2. No
1. Yes  9. Unknown

## Road Surface Conditions
Unit 1: 01  Unit 2: 01

01. Dry
02. Wet
03. Ice/Frost
04. Snow
05. Mud, Dirt, Gravel
06. Slush
07. Water (standing, moving)
08. Sand
09. Oil
10. Other
99. Unknown

## Road Character
Grade Unit 1: 1  Unit 2: 1
1. Level
2. Hillcrest
3. Uphill
4. Downhill
5. Sag (bottom)

Road Alignment Unit 1: 3  Unit 2: 3
1. Straight
2. Curve - Left
3. Curve - Right

## Road Surface Type
Unit 1: 1  Unit 2: 1
1. Concrete
2. Asphalt
3. Gravel
4. Dirt
5. Brick
6. Other
9. Unknown

## Driver Distracted by
Unit 1: 0  Unit 2: 2

0. Not Applicable/None
1. Electronic Communication Devices
2. Other Electronic Device
3. Other Inside Vehicle
4. Other Outside Vehicle
9. Unknown

## Unsafe / Unlawful Contributing Factors
Unit 1: 98  Unit 2: 71

**FAILED TO YIELD**
01. From Stop Sign
02. From Yield Sign
03. Private Drive
04. County Road at Through Highway
05. From Signal Light
06. From Alley
07. To Pedestrian
08. To Vehicle on Right
09. To Vehicle in Intersection
10. To Emergency Vehicles
12. Other

**FOLLOWED TOO CLOSELY**
13. Human Element
14. Traffic Condition
15. Weather Condition

**UNSAFE SPEED**
16. Driver's Ability (Aged)
17. Inexperienced Driver - Young
18. Exceeding Legal Limit
19. For Traffic Conditions
20. For Type of Roadway (Gravel, Dirt, etc.)
21. For Ice or Snow on Roadway
22. Rain or Wet Roadway
23. Wind
24. Other Weather Conditions
25. Vehicle Condition
26. View Obstruction
27. On Curve/Turn
28. Impeding Traffic
29. Other

**IMPROPER TURN**
30. From Wrong Lane
31. From Direct Course
32. Right
33. Left
34. Turn About/U-Turn
35. To Enter Private Drive
36. In Front of Oncoming Traffic
37. Other
38. CHANGED LANES UNSAFELY
39. STOPPED IN TRAFFIC LANE

**FAILED TO STOP**
40. For Stop Sign
41. For Traffic Signal
42. For School Bus
43. For Railroad Gates/Signal
44. For Officer/Flagman
45. At Sidewalk/Stopline
46. Other

**UNSAFE VEHICLE**
47. Brakes
48. Steering
49. Tires
50. Suspension
51. Headlights
52. Tail Lights
53. Stop Lights
54. Wheel
55. Exhaust System
56. Windshield Wipers
57. Other Mechanical Defects
**LEFT OF CENTER**
58. In Meeting
59. No Passing Zone (Unmarked)
60. Marked Zone
61. Other
**IMPROPER OVERTAKING**
62. In Marked Zone
63. On Hill/Curve
64. At Intersection
65. Without Sufficient Clearance
66. Other
**IMPROPER PARKING**
67. On Roadway
68. Where Prohibited
69. Other
**INATTENTION**
70. Distracted by Passenger in Vehicle
71. Other Distraction Inside Vehicle
72. Distraction From Outside Vehicle
73. Other
**WRONG WAY**
74. On One Way
75. On Exit Ramp
76. On Entrance Ramp
77. Other
**IMPROPER START FROM**
78. Parked Position
79. Other
80. ALCOHOL-DUI/DWI
81. DRUG-DUI
**OTHER IMPROPER ACT/MOVEMENT**
82. Failed to Signal
83. Disregarded Warning Signal
84. Improper Use of Lane
85. Improper Backing
86. Apparently Sleepy
87. Failed to Secure Load
88. Other/Unknown
**UNKN./NO IMPROPER ACT**
89. Deer In Roadway
90. Animal In Roadway
91. Domestic Animal in Rdwy
92. Avoiding Other Vehicle
93. Avoiding Pedestrian
94. Object/Debris in Roadway
95. Defect in Roadway
96. Abnormal Traffic Control
97. Improper Bicyclist Action
98. NO IMPROPER ACTION BY DRIVER
99. PEDESTRIAN ACTION

## Point of First Contact on Vehicle
Unit 1: 06  Unit 2: 12

## Most Damaged Area
Unit 1: 06  Unit 2: 12

00. Not Applicable   14. Undercarriage
13. Top   99. Unknown

DPS: 0192-03 REV 0107

| Case Number | AM01484-17 | | | | | | Pg 4 of 4 |
|---|---|---|---|---|---|---|---|
| Latitude | 35.4577 N | Longitude -97.5752 W | Railroad Crossing Number | Roadway Orientation | Unit Number 01 | NE SW E | Unit Number 02 NE SW E |

I-40 EB TO I-44 SB

Not To Scale

Unit 2 → → → Unit 2
12 FT
Unit 1    Unit 1
8 FT IMPROVED SHOULDER

**COLLISION EVENTS**

| Unit | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | First Harmful Event for the Entire Collision |
|---|---|---|---|---|---|---|
| 01 | 34 | 00 | 00 | 00 | 34 | 34 |
| 02 | 34 | 00 | 00 | 00 | 34 | |

- 00 Not Applicable
- 10 Overturn/Rollover
- 11 Fire/Explosion
- 12 Immersion
- 13 Jackknife
- 14 Cargo/Equipment Loss or Shift
- 15 Equipment Failure (Blown Tire, Brake Failure, etc.)
- 16 Separation of Units
- 17 Departed Road Right
- 18 Departed Road Left
- 19 Cross Median/Centerline
- 20 Downhill Runaway
- 21 Fell/Jumped From Motor Vehicle
- 22 Thrown Or Falling Object
- 23 Other Non-Collision
- **PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT:**
- 30 Pedestrian
- 31 Pedal Cycle
- 32 Railway Vehicle (train, engine)
- 33 Animal
- 34 Motor Vehicle in Transport
- 35 Parked Motor Vehicle
- 36 Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
- 37 Work Zone/Maintenance Equipment
- 38 Other Non-Fixed Object
- **FIXED OBJECT:**
- 40 Barrier (Cable)
- 41 Barrier (Concrete)
- 42 Barrier (Other)
- 43 Fence Pole
- 44 Fence
- 45 Traffic Signal Support
- 46 Traffic Sign Support
- 47 Utility Pole/Light Support
- 48 Other Post/Pole/Support
- 49 Guardrail/Guardrail Face
- 50 Guardrail End
- 51 Culvert
- 52 Curb
- 53 Island
- 54 Sand Barrels
- 55 Impact Attenuator/ Crash Cushion
- 56 Pavement Drop-Off
- 57 Ditch
- 58 Embankment
- 59 Tree (Standing)
- 60 Dividing Strip
- 61 Retaining Wall
- 62 Bridge Abutment
- 63 Bridge Pier or Support
- 64 Bridge Rail
- 65 Bridge Post
- 66 Bridge Curb
- 67 Bridge Super Structure (Beams)
- 68 Bridge Overhead Structure
- 69 Delineator
- 70 Mailbox
- 71 Other Fixed Object
- 72 Other Highway Structure
- 73 Ground
- 99 Unknown

**Remarks**

BOTH UNITS WERE HEADING EASTBOUND ON INTERSTATE 40 TOWARDS INTERSTATE 44 SOUTHBOUND.

UNIT 1 STOPPED FOR TRAFFIC. UNIT 2 CONTINUED ON, REAR ENDING UNIT 1.

UNIT 2'S DRIVER LOOKED AT HIS GPS PRIOR TO THE COLLISION.

THE AREA OF IMPACT WAS APPROXIMATELY 6 FEET NORTH OF THE SOUTH EDGE OF INTERSTATE 40, AND . 1 MILES WEST OF INTERSTATE 44 SOUTHBOUND.

THE AREA OF REST WAS UNDETERMINED, DUE TO THE VEHICLES CLEARING THE INTERSTATE PRIOR TO THE TROOPERS ARRIVAL.

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.



DPS: 0192-04 REV 0107