IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Quinda Beeson,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. CIV-20-327-SLP |
| | ) |
| **Safeco Insurance Company of America,** | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF'S UNOPPOSED MOTION TO
PLACE CERTAIN COURT FILINGS UNDER SEAL**

COMES NOW Plaintiff Quinda Beeson and moves the Court for an immediate order placing Exhibit 7 to *Plaintiff's Motion to Exclude Testimony of Andrew Jayne*, filed January 21, 2022, Doc. 79 ("Plaintiff's Motion") and Exhibit 4 to *Plaintiff's Response and Objections to Defendant Safeco Insurance Company of America's Motion for Summary Judgment,* filed January 24, 2022, Doc. 84 ("Plaintiff's Response") under seal. In support of this Motion, Plaintiff states as follows:

Plaintiff's Motion was filed on January 21, 2022. [Doc. 79]. Filed with Plaintiff's Motion were seven (7) exhibits. Three of the seven exhibits, exhibits 4, 5, and 6, were filed under seal. Additionally, Plaintiff's Response [Doc. 86] filed on January 24, 2022 contained six (6) exhibits. Two of the six exhibits, exhibits 2 and 3, were filed under seal. Plaintiff inadvertently filed transcript pages from the deposition of Barbara Meyer (Exhibit 7 to the Motion and Exhibit 4 to the Response), for public to view. Said transcript pages were previously designated as confidential by defense counsel on March 9, 2021 in

1

accordance with the parties Agreed Protective Order filed by the Court on June 26, 2020, [Doc. 15].

Plaintiff's counsel has conferred with defense counsel and they have no objection to the filing of this Motion.

Pursuant to the parties Agreed Protective Order, Plaintiff asks the court to enter an immediate Order placing Exhibit 7 to *Plaintiff's Motion to Exclude Testimony of Andrew Jayne* [Doc. 79] and Exhibit 4 to *Plaintiff's Response and Objections to Defendant Safeco Insurance Company of America's Motion for Summary Judgment* [Doc. 84] under seal.

                                        Respectfully submitted,

                                        /s/*Jacob L. Rowe*
Jacob L. Rowe, OBA #21797
Madison Botizan, OBA No. 34615
FULMER SILL PLLC
1101 N. Broadway Ext., Suite 102
Oklahoma City, OK  73103
Phone:   (405) 510-0077
Fax:   (800) 978-1345
Email: jrowe@fulmersill.com
       mbotizan@fulmersill.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of January, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    William W. O'Connor
    Margo E. Shipley
    320 S. Boston Ave., Suite 200
    Tulsa, OK  74103
    boconnor@hallestill.com
    mshipley@hallestill.com

                                                  */s/Jacob L. Rowe*