```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE WESTERN DISTRICT OF OKLAHOMA

 3

 4    QUINDA BEESON,

 5         Plaintiff,

 6    vs.                                   No. CIV-20-327-SLP

 7    SAFECO INSURANCE COMPANY OF
      AMERICA,
 8
           Defendant.
 9

10

11        VIDEOCONFERENCE DEPOSITION OF BARBARA MEYER
                Taken on Behalf of the Plaintiff
12        On February 11, 2021, beginning at 9:36 a.m.
                 All Parties Appearing Via Zoom
13

14                         APPEARANCES:

15    Appearing on behalf of the PLAINTIFF

16             Jacob J. Rowe
               FULMER SILL
17             1101 North Broadway, Suite 102
               Oklahoma City, Oklahoma 73103
18             (405) 510-0077
               Jrowe@fulmersill.com
19
      Appearing on behalf of the DEFENDANT
20
               William W. O'Connor
21             HALL ESTILL
               320 South Boston Avenue, Suite 200
22             Tulsa, Oklahoma 74103-3706
               (918) 594-0588
23             Boconnor@hallestill.com


24

25    Reported By:  Becky C. Dame, CSR, RPR
```

Professional Reporters
800.376.1006
www.proreporters.com

EXHIBIT 1

```
 1      A    There's a copy of the Petition that was
 2   filed and the Interrogatory responses that
 3   Ms. Beeson provided to us.
 4      Q    Did the claim file include the discovery
 5   responses that Safeco has provided to Ms. Beeson?
 6      A    I believe that there were, yes, Safeco's
 7   answer.
 8      Q    Okay.  We recently have filed some
 9   pleadings in regard to a Motion to Compel Additional
10   Discovery.  Did you see any of those pleadings in
11   the claim file?
12      A    I do not recall seeing that.
13      Q    Who's handling Ms. Beeson's claim right
14   now at Safeco?
15           MR. O'CONNOR:  Object to the form.
16   BY MR. ROWE:
17      Q    I'll ask it a different way.
18           Is there anybody at Safeco that is
19   continuing to handle Ms. Beeson's underinsured
20   motorist claim?
21      A    I'm not sure I understand what you're
22   saying, but I am the adjuster on the file.  Is that
23   what you're asking?
24      Q    Maybe.  Are you continuing to handle
25   Ms. Beeson's underinsured motorist claim?
```

```
 1        A    Yes.  The claim is still open and I am the
 2   control adjuster.
 3        Q    I'm just making some notes here.
 4             What was the last substantive claim note
 5   that you made on Mrs. Beeson's file for the open
 6   claim that you're still continuing to handle?
 7        A    Probably -- the last note that I made in
 8   the file?  Is that what you're asking?  Was probably
 9   in June of last year.
10        Q    What was the substance of that note?
11        A    That was just my summarizing the
12   scheduling order that was provided to us, giving us
13   the outline that the case is coming up for trial
14   docket and that sort of thing.
15             MR. O'CONNOR:  Hey, Barbara.
16             THE WITNESS:  Yeah.
17             MR. O'CONNOR:  I don't want you to
18   disclose any communications you've had with counsel.
19   Okay?
20             THE WITNESS:  Oh, okay.
21             MR. O'CONNOR:  So don't discuss anything
22   that is the product of your communication with any
23   of us or anybody inhouse who's a lawyer.
24             And that's true all day long.  We're not
25   going to disclose anything we talked about or
```