```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF OKLAHOMA

 3

 4    QUINDA BEESON,

 5        Plaintiff,

 6    vs.                                    No. CIV-20-327-SLP

 7    SAFECO INSURANCE COMPANY OF
      AMERICA,
 8
          Defendant.
 9

10          VIRTUAL VIDEO-RECORDED DEPOSITION OF
             CORPORATE REPRESENTATIVE DIANA FOX
11             Taken on Behalf of the Plaintiff
        On January 24, 2022, beginning at 9:32 a.m.
12        All Parties Appearing Remotely Via Zoom

13                      APPEARANCES:

14    Appearing on behalf of the PLAINTIFF

15            Jacob J. Rowe
              FULMER SILL
16            1101 North Broadway, Suite 102
              Oklahoma City, Oklahoma 73103
17            (405) 510-0077
              Jrowe@fulmersill.com
18
      Appearing on behalf of the DEFENDANT
19
              William W. O'Connor
20            HALL ESTILL
              320 South Boston Avenue, Suite 200
21            Tulsa, Oklahoma 74103-3706
              (918) 594-0588
22            Boconnor@hallestill.com

23

24
      Reported By:  Becky C. Dame, CSR, RPR
25
```

Professional Reporters
800.376.1006
www.proreporters.com

**EXHIBIT 2**

```
 1   records?
 2       A    Yes.
 3       Q    Those records were not in the original
 4   claim file associated with Safeco's handling of this
 5   claim; true?
 6       A    That's true.
 7       Q    And Safeco is not continuing to handle
 8   Mrs. Beeson's UM claim; correct?
 9       A    I would not say that is correct.
10       Q    Okay.
11       A    It's still open.  We're ready to negotiate
12   it.
13       Q    Okay.  Did you look at the claim file from
14   the continued handling the UM claim post litigation?
15       A    I did not.
16       Q    Do you know whether or not there is a
17   post-litigation UM claim-handling file?
18       A    I assume there is.  It's still open.
19       Q    Given that one of the topics you're
20   testifying on today are the facts that Safeco
21   intends to rely at trial on, does Safeco intend to
22   utilize any material within that continuing claim
23   file in defense of the allegations made by
24   Mrs. Beeson here?
25            MR. O'CONNOR:  Objection to form.
```

```
 1              THE WITNESS:  I don't know.
 2   BY MR. ROWE:
 3       Q    Do you know whether or not Safeco has
 4   revised its evaluation of the UM benefits due to
 5   Mrs. Beeson?
 6       A    I have not seen anything after the
 7   litigation.
 8       Q    Okay.  Mrs. Fox, do you believe that you
 9   have understood the questions that I have asked of
10   you today?
11       A    I think so.
12       Q    Are there any answers to questions or
13   testimony that you would like to revise or edit at
14   this time?
15       A    No.
16            MR. O'CONNOR:  Object to the form.
17            She'll review it when she gets the
18   transcript.
19            MR. ROWE:  Sure.  I just -- I heard a
20   lawyer do that a long time ago, Ms. Fox, and I'm --
21   you know, after we take a break, I do it.
22            THE WITNESS:  None that I remember.
23            MR. ROWE:  He was a defense lawyer, Bill,
24   that I think recently retired.
25   BY MR. ROWE:
```