IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Quinda Beeson,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Safeco Insurance Company of America,** )<br>)<br>**Defendant.** ) | Case No. CIV-20-327-SLP |

### AFFIDAVIT OF SHELLEY HICKS

STATE OF ILLINOIS )
                      ) ss.
COUNTY OF WILL )

I, Shelley Hicks, being of legal age and first duly sworn upon my oath, state as follows:

1. My name is Shelley Hicks. I am a Case Manager and Paralegal at Fulmer Sill working on the above-captioned case.

2. On March 14, 2021, Alex Keffer, a claims adjuster with Defendant Safeco Insurance Company of America, called our office and was routed to me. He offered to pay the remaining amount of the Plaintiff's UM policy at issue in this pending litigation before the Court entered a ruling on pending pretrial motions. He asked specifically about outstanding medical lienholders. I told him I would pass his message to the attorneys handling the case.

3. We did not discuss the merits of Plaintiff's insurance claim or this lawsuit.

Further Affiant saith not.

**EXHIBIT 3**

_____
Shelley Hicks

Subscribed and sworn to before me this 21ST day of April, 2022

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES

MAY 19, 2023

OFFICIAL SEAL
KALYSHA D LACKINGS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/19/23