IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Quinda Beeson,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-20-327-SLP |
| | ) |
| **Safeco Insurance Company of America,** | ) |
| | ) |
| **Defendant.** | ) |

### AFFIDAVIT OF MADISON BOTIZAN

STATE OF Oklahoma )
                  ) ss.
COUNTY OF Oklahoma )

I, Madison Botizan, being of legal age and first duly sworn upon my oath, state as follows:

1. My name is Madison Botizan. I am an Associate Attorney at Fulmer Sill working on the above-captioned case.

2. On March 15, 2021, Alex Keffer, a claims adjuster with Defendant Safeco Insurance Company of America, called our office and was routed to me. He offered to pay the remaining amount of the policy and asked what to do about the liens and how to address the chech.

3. I told Mr. Keffer that I was not sure how to answer his questions and would discuss it with the partner assigned to the case, Jacob Rowe.

4. Mr. Keffer and I did not discuss the merits of Plaintiff's insurance claim or this lawsuit.

5. I relied this phone call to Mr. Rowe.

**EXHIBIT 4**

Further Affiant saith not.

_____
Madison Botizan

Subscribed and sworn to before me this __21ST__ day of April, 2022

_Hanna Peterson_____
NOTARY PUBLIC

MY COMMISSION EXPIRES

__6/9/24__