# EXHIBIT 2

## William W. O'Connor

| | |
|---|---|
| **From:** | Jacob Rowe <jrowe@fulmersill.com> |
| **Sent:** | Thursday, March 17, 2022 9:35 AM |
| **To:** | William W. O'Connor; Margo E. Shipley |
| **Cc:** | Shelley Hicks; Simone Fulmer; Madison Botizan |
| **Subject:** | [EXTERNAL]:Beeson v. Safeco |

Bill -

Thanks for talking to me yesterday.

As we discussed, Safeco adjuster Alex Keffer called our office on Monday and Tuesday and offered to tender the remaining $75,000.00 of Ms. Beeson's underinsured motorist benefits.  Based on the adjuster's statement, Safeco has reevaluated the claim and wishes to make payment immediately.

Given the matter is in litigation, I felt more comfortable calling you to accept this tender.

My understanding is that there are no outstanding medical liens, but we are in the process of confirming this.

Please have Safeco issue payment to Fulmer Group, PLLC and Quinda Beeson in the amount of $75,000.

Additionally, last year, Ms. Meyer testified that she was continuing to handle Ms. Beeson's UM claim and that there had been no non-litigation related actions taken since the filing of suit.  Given this this week's developments, it appears that Safeco has assigned a new adjuster and, pursuant to its continuing obligation to handle Ms. Beeson's claim in good faith, has re-evalauted the benefits Ms. Beeson is entitled to receive under the same.  Although discovery in this matter is closed, we believe that Safeco must update its discovery production with any and all post-litigation claim file materials related to Safeco's re-evaluation and determination that Ms. Beeson is entitled to the full policy limit of her UM policy.  Obviously, we would also like to depose Mr. Keffer and / or any other Safeco employees responsible for making this new claim decision.  Finally, we believe these evidentiary materials bear on the motions for summary judgment and motions in limine currently pending before the Court and would ask that Safeco agree to a joint pleading requesting the Court hold any ruling in abeyance until the necessary additional evidentiary materials can be gathered and the briefing on those matters supplemented given Safeco's new claims position.

Please advise if you are agreeable.

Jacob L. Rowe
*Attorney*

**ƒ FULMER SILL**

1101 N. Broadway Ave, Suite 102
Oklahoma City, OK 73103
P: 405.510.0077 | F: 405.510.0077
www.fulmersill.com



The information contained in this e-mail message may be protected by the attorney-client privileged and/or attorney work product doctrine as well as contain privileged or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, immediately notify the sender by telephone at 405-510-0077 and return the original.

**Links contained in this email have been replaced by ZixProtect Link Protection. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.**