IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Quinda Beeson,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-327-SLP |
| ) | |
| **Safeco Insurance Company of America,** ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF MORT WELCH

I, Mort Welch, being of lawful age and duly sworn upon my oath state:

1. I am currently and have been licensed to practice law in the State of Oklahoma since 1976 and currently practice under the firm name Welch & Smith, P.C. with an office in Oklahoma City, Oklahoma.

2. I was originally retained as an expert consultant then expert witness in the matter of Beeson v. Safeco Insurance Company of America, Case No. CIV-2020-327-SLP in the United States District Court for the Western District of Oklahoma. In this capacity I previously submitted a Rule 26 Expert Report and have been deposed by counsel for Defendant, Safeco Insurance Company of America.

3. In my legal practice I have represented dozens of insurance companies. It is not uncommon for insurance companies involved in claim related litigation to communicate directly with counsel for the opposing party for the purposes of claim settlement negotiations. Some of the companies I have represented had claims handling policies and procedures that required the insurance company claims representative, not the lawyer

**EXHIBIT 2**

representing the company in litigation, to conduct settlement negotiations with counsel for the opposing party.

4. I represented Liberty Mutual Insurance Company, of which Safeco Insurance Company of America is a subsidiary, and its insureds from 1976 until 1995. At various times during this period Liberty Mutual Insurance Company of America had a policy whereby its claims representatives conducted all settlement negotiations with counsel for the opposing party even when disputed claims were in litigation. Under this policy I was not permitted to conduct settlement negotiations with counsel for the opposing party or, if contacted about settlement, to do anything more than advise said counsel that negotiations should be conducted with the claims representative directly.

Subscribed and sworn to by me on this 12th day of May, 2022.

_____
Mort Welch

_____
Notary Public

My Commission Expires:

< NOTARY SEAL >

