IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Quinda Beeson,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-20-327-SLP |
| ) | |
| **Safeco Insurance Company of America,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO PLACE CERTAIN COURT FILING UNDER SEAL

COMES NOW Plaintiff Quinda Beeson and moves the Court for an immediate order placing Exhibit 1 to *Plaintiff's Objection to Defendant's Proposed Jury Instructions*, filed February 8, 2022, Doc. 118 ("Plaintiff's Objection") under seal. In support of this Motion, Plaintiff states as follows:

1. Plaintiff's Objection was filed on February 8, 2022. [Doc. 118]. Filed with Plaintiff's Objection were two (2) exhibits. One of the two exhibits, exhibit 2, was filed under seal.

2. On February 18, 2022, Plaintiff received a letter from defense counsel designating certain deposition transcript pages from the deposition of Diana Fox as **CONFIDENTIAL** in accordance with the parties Agreed Protective Order entered by this court on June 26, 2020. [Doc. 15].

3. Exhibit 1 to Plaintiff's Objection includes transcript pages which were designated as **CONFIDENTIAL** within the February 18, 2022 letter.

1

4. Plaintiff's counsel has conferred with defense counsel and they have no objection to the filing of this Motion.

5. Pursuant to the parties Agreed Protective Order, Plaintiff asks the court to enter an immediate Order placing Exhibit 1 to *Plaintiff's Objection to Defendant's Proposed Jury Instructions*, filed February 8, 2022, Doc. 118, under seal.

    Respectfully submitted,

/s/*Jacob L. Rowe*
Jacob L. Rowe, OBA #21797
Madison Botizan, OBA No. 34615
FULMER SILL PLLC
1101 N. Broadway Ext., Suite 102
Oklahoma City, OK  73103
Phone:  (405) 510-0077
Fax:   (800) 978-1345
Email: jrowe@fulmersill.com
    mbotizan@fulmersill.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 12th day of August, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

 William W. O'Connor
 Margo E. Shipley
 320 S. Boston Ave., Suite 200
 Tulsa, OK  74103
 boconnor@hallestill.com
 mshipley@hallestill.com

             */s/Jacob L. Rowe*